UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

Louis Roman

    Appellant,

V.

Benchmark Municipal Tax Services, LTD

AKA Juda J. Epstein Esq.

    Appellee

Civil Action
Case No.3:22-CV-00020 (SVN)

## APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009, Appellant, Louis Roman, a Pro Se Litigant before this Honorable court, hereby respectfully submits his designation of items and statement of issues To be included in the record to be presented on appeal as follows:

I. Designation of items to be included in the Record on Appeal, Louis Roman, hereby designates The following items to be included in the Record on Appeal;

1. Proof of Claim filed as a Creditor by Benchmark Municipal Tax Services who is not a Creditor pursuant to **ROGER WELDON (PLAINTIFF) vs MTAG SERVICES**, (DEFENDANTS), LLC, CAZ CREEK CT, LLC f/k/a MTAG CAZ CREEK CT, LLC AND CAZENOVIA CREEK FUNDING I, LLC. There is no note or mortgage The Hon. Janet C. Hall ruled that the Assignment under the Municipal Tax Liens at issue under **CGS 12-195g "does not apply to Municipal Tax Liens on real property and "DO NOT QUALIFY AS DEBTS" therefore Benchmark Municipal Tax Service as a debt collector has no Standing.** Furthermore, CSG 12-181 is clear that only Municipalities can charge legal fees in the collection

of Municipal Tax Liens. This excludes third party collectors from charging legal fees.

The Appellant can prove that the Appellee has been using a Pattern and Practice to defraud Bridgeport homeowners of their homes.

2. Chapter 7 Voluntary Petition Notice of Objection to Claim by Benchmark Municipal Tax

3. Statement that in the Motion to Relief the Stay alleged Creditor **did not file a current "Appraisal" with his Motion for Relief From the Stay.**

_____/S/_____
Louis Roman. Appellant
665 Cleveland Ave.
Bridgeport, CT 06604
203-914-3697
Lroman007@outlook.com

Cc; Peter S. Jongbloed
Assistant U.S. Attorney
Peter.jongbloed@usdog.gov
Connecticut Financial Center
157 Church Street Floor 25
New Haven, CT 06510

## CERTIFICATION

I hereby certify that a copy was sent by certified mail t the deponent and mailed/delivered via hand/fax and email to all counsel and all Pro Se parties of records on March10, 2022.

_____/S/_____
Louis Roman
665 Cleveland Ave.
Bridgeport, CT 06606
203-914-3697
Lroman007@outlook.com

Juda Epstein Esp.                      Cc; Peter S. Jongbloed
3543 Main Street                       Assistant U.S. Attorney
Bridgeport, CT 06606                   Peter.jongbloed@usdoj.gov
Phone: 203-371-7007                    Connecticut Financial Center
Fax; 203-371-6001                      157 Church Street Floor 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Debtor: Louis Roman
665 Cleveland Ave
Bridgeport, CT 06604

Case No.3:22-CV-00020 (SVN)

My sincere apologies to the court for my failure to file my submissions in a timely manner as I will be 75 years old in April and the Covic 19 Virus had a profound effect on my ability to function causing me to sleep 12 hours a day and unable see or type. I also have a physical disability with a seriously degenerated hip that requires a full hip replacement and pending my general physical condition I am scheduled for April 12, 2022. (see attached Surgeon's instructions) as an exhibit.

_____/S/_____

Louis Roman
665 Cleveland Ave
Bridgeport, CT 06604
203-914-3697
Lroman007@outlook.com

## Statement of the Issues

1. Tax Liens are not debts

2. The Appellee depends on an Assignment that do not apply to Property Tax Liens.

3. Only Municipalities can charge legal fees in the collection of Tax Liens.

DBB 4/24/1947

# Connecticut Orthopaedics

888 White Plains Road, Trumbull, CT 06611 •P: 203-268-2882 • F:203-601-8551

LOUIS ROMAN

Dr. Boone will perform your surgery on April 12th, 2022

St. Vincent's Medical Center

2800 Main Street. Bridgeport, CT

Report to Registration

**THE FACILITY WILL CALL YOU THE DAY/ NIGHT BEFORE SURGERY FOR A SET TIME OF ARRIVAL. PLEASE GO BY THEIR TIME. KEEP IN MIND YOUR TIME MAY CHANGE DEPENDING ON FACILITY STAFFING, EMERGENCIES, ETC. PLEASE TRY TO KEEP YOUR SURGERY DAY AS OPEN AS POSSIBLE.**

You have an appointment in our Trumbull office, 888 White Plains Road for a History and Physical with our Physician's Assistant Stephanie Golsch on Thursday 3/31/22 at 1:15PM. Please bring medication list to this appointment.

You have an appointment at St. Vincent's Medical Center on Tuesday 4/5/22 at 9:30ff for Pre-Admission Testing and Covid testing. PLEASE REPORT TO REGISTRATION.

You will need also need to get clearance from your Dentist as well as your cardiologist and hematologist.

**\*\*REMINDERS: NOTHING TO EAT OR DRINK AFTER MIDNIGHT THE NIGHT BEFORE SURGERY UNTIL RELEASED BY THE FACILITY STAFF THAT YOU CAN START UP AGAIN. PLEASE ARRANGE FOR SOMEONE TO PICK YOU UP AFTER SURGERY. REMOVE JEWLERY, MAKEUP, NAIL POLISH, CONTACT LENSES PRIOR TO SURGERY. BRING THE CRUTCHES AND BRACE TO SURGERY WITH YOU IF YOU ARE GIVEN THIS BY ONE OF OUR PHYSICIANS ASSISTANTS. IF YOU ARE TAKING ANY MEDICATION, PLEASE BRING A CURRENT LIST TO THE FACILITY.**

IF YOU HAVE ANY QUESTIONS AT ALL DURING THIS PROCESS DON'T HESITATE TO CALL ME. ANITA'S DIRECT LINE: 203-601-5234

Connecticut Local Form 420B (Notice of Objection to Claim)                                                                                                    12/2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: Louis Roman Debtor

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No. : 21-50081

Chapter: 7

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 1 | BENCHMARK MUNICIPAL TAX SERVICES, LTD (not a creditor) |

LOUIS ROMAN has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before **August 3, 2021** you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
915 Layfayette Boulevard, Bridgeport CT 06604

*[FILED stamp: 2021 JUN 23 P 3:39 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT]*

**Fill in this information to identify the case:**

Debtor 1: LOUIS ROMAN

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number: 21-50081

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
BENCHMARK MUNICIPAL TAX SERVICES, LTD.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☑ Yes. From whom? MUNICIPAL TAX LIENS ASSIGNED FROM THE CITY OF BRIDGEPORT

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
LAW OFFICE OF JUDA J. EPSTEIN
Name
JUDA J. EPSTEIN, ESQ.
Number  Street
3543 MAIN STREET   CT   06606
City             State         ZIP Code
Contact phone 203-371-7007
Contact email contact@lawofficesjje.com

Where should payments to the creditor be sent? (if different)
Name _____
Number  Street _____
City  State  ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?** $ 76,540.36. Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

MUNICIPAL REAL ESTATE TAX LIENS FOR GL 2011-2015

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: 665 CLEVELAND AVENUE, BRIDGEPORT, CT 06604

Basis for perfection: REAL ESTATE TAX LIENS
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ 210,000.00
Amount of the claim that is secured: $ 76,540.36
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 76,540.36

Annual Interest Rate (when case was filed) 18.00 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/08/2021
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | JUDA | J. | EPSTEIN |
|---|---|---|---|
| | First name | Middle name | Last name |

Title     ATTORNEY FOR CREDITOR

Company   LAW OFFICE OF JUDA J. EPSTEIN
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   3543 MAIN STREET, FLOOR 2
          Number         Street
          BRIDGEPORT                              CT      06606
          City                                    State   ZIP Code

Contact phone   203-371-7007          Email   contact@lawofficesjje.com

SUMMARY OF CHARGES: 665 CLEVELAND AVENUE, BRIDGEPORT

| | |
|---|---:|
| Real Estate Tax Debt, GL11 thru 15-PRINCIPAL ONLY | $ 27,899.76 |
| Real Estate Tax Debt, GL11 thru 15-Interest and fees | $ 48,459.60 |
| In-Rem Relief from Stay Filing Fee | $ 181.00 |
| Total | $ 76,540.36 |